

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 2:20-mj-57-JHR |
| v. | 18 U.S.C. §§ 1201; 2261(a); 2262(a) |
| STEPHEN PILSON | |

## CRIMINAL COMPLAINT

I, Christopher D. Peavey, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### (Kidnapping)

On or about December 15, 2019, within the District of Maine, and elsewhere, the defendant

**STEPHEN PILSON**

did unlawfully and willfully kidnap and hold a female victim ("Victim-1") in order to transport Victim-1 away from her home, and to harm her, and, in committing or in furtherance of the commission of the offense, PILSON did willfully transport Victim-1 in interstate commerce from Massachusetts to Maine, in violation of Title 18, United States Code, Section 1201(a)(1).

### COUNT 2
### (Interstate Domestic Violence)

On or about December 15, 2019, within the District of Maine, and elsewhere, the defendant

**STEPHEN PILSON**

1

did knowingly travel in interstate commerce from Massachusetts to Maine, with the intent to kill or injure his intimate partner, Victim-1, and in the course of or as a result of such travel, did commit or attempted to commit a crime of violence against Victim-1, that being kidnapping and aggravated assault, in violation of Title 18, United States Code, Section 2261(a)(1).

## COUNT 3
### (Interstate Violation of Protective Order)

On or about December 15, 2019, within the District of Maine, and elsewhere, the defendant

### STEPHEN PILSON

did knowingly travel in interstate commerce with the intent to engage in conduct that violates the portion of the protective order, issued on or about December 12, 2019, in connection with PILSON's criminal conviction, docket number 1951CR001531, Trial Court of Massachusetts, District Court Department, that prohibited contact and communication with, or physical proximity to, Victim-1, and subsequently engaged in such conduct, in violation of Title 18, United States Code, Section 2262(a)(1).

This Complaint is based on those facts which are set forth in my affidavit of March 6, 2020, which is attached hereto and incorporated herein by reference.

Christopher D. Peavey
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 6th day of March, 2020.

John H. Rich III
U.S. Magistrate Judge
District of Maine