2:20-cr-00082-JDL

**Indictment Synopsis**
November 5, 2020

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2020 NOV -5 P 3: 29

DEPUTY CLERK

| | |
|---|---|
| **Name:** | STEPHEN PILSON |
| **Address:** (City & State Only) | Cumberland County Jail |
| **Year of Birth and Age:** | 1967/52 |
| **Violations:** | Count 1: Kidnapping, in violation of 18 U.S.C. § 1201(a)(1).<br><br>Count 2: Interstate domestic violence, in violation of 18 U.S.C. § 2261(a)(1).<br><br>Count 3: Interstate violation of protection order, in violation of 18 U.S.C. § 2262(a)(1). |
| **Penalties:** | Count 1: Imprisonment of not more than life (18 U.S.C. § 1201(a)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. This is a Class A felony pursuant to 3559(a)(1).<br><br>Count 2: Imprisonment of not more than five years (18 U.S.C. § 2261(b)(5)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. This is a Class D felony pursuant to 3559(a)(3).<br><br>Count 3: Imprisonment of not more than five years (18 U.S.C. § 2262(b)(5)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. This is a Class D felony pursuant to 3559(a)(3). |
| **Supervised Release:** | Count 1: Not more than five years. 18 U.S.C. § 3583(b)(1)<br><br>Count 2: Not more than three years. 18 U.S.C. § 3583(b)(2)<br><br>Count 3: Not more than three years. 18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than five years. 18 U.S.C. § 3583(e)(3). |

| | |
|---|---|
| | Count 2: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| | Count 3: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Five years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| | Count 2: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| | Count 3: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | |
| **Primary Investigative Agency and Case Agent Name:** | FBI/Special Agent Christopher D. Peavey |
| **Detention Status:** | Detained on related complaint. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Noah Falk & Darcie McElwee |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |